UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERONICA MADDY, on behalf of herself and all others similarly situated,<br><br>      Plaintiffs,<br><br>  -against-<br><br>CHIC SOUL, LLC.<br><br>      Defendant. | Case No.  1:22-cv-7217<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL<br>WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Forest Hills, New York
    November 23, 2022

                Respectfully Submitted,

                **/s/ Mars Khaimov**
         By: Mars Khaimov, Esq.
           108-26 64th avenue, Second Floor
           Forest Hills, New York 11375
           Tel (929) 324-0717
           Fax (929) 333-7774
           Email: mars@khaimovlaw.com
           *Attorney for Plaintiff*